# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROSS LANCE PRICE,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                      5:09CV132-2
                                      (5:06CR35-12)

UNITED STATES OF AMERICA,

       Respondent.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2012 Order.

                                                    Signed: August 14, 2012

                                                    Frank G. Johns, Clerk
                                                    United States District Court