# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROSS LANCE PRICE,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

5:09CV132-2
(5:06CR35-12)

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2012 Order.

Signed: August 14, 2012

Frank G. Johns, Clerk
United States District Court